# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| OCAL RAY SMITH, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 7:19-cv-671 |
| v. ) | |
| ) | |
| APPALACHIAN POWER COMPANY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ocal Ray Smith, II, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court for the Western District, Roanoke Division, entered in this matter on the 14th day of April, 2021.

Respectfully submitted,

`

OCAL RAY SMITH, II

*/s/ Brittany M. Haddox*
Brittany M. Haddox, Esq. (VSB # 86416)
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Monica L. Mroz, Esq. (VSB # 65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
monica@strelkalaw.com
*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of May 2021, I electronically filed this pleading on the Court's CM/ECF filing system which contemporaneously sent a Notice of Electronic Filing to all counsel of record.

                                                        */s/ Brittany M. Haddox*