FILED: August 30, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1529
(7:19-cv-00671-EKD-RSB)
_____

OCAL RAY SMITH, II

      Plaintiff - Appellant

v.

APPALACHIAN POWER COMPANY

      Defendant - Appellee

and

AMERICAN ELECTRIC POWER SERVICE CORPORATION

      Defendant

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk