FILED: June 17, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1529
(7:19-cv-00671-EKD-RSB)

_____

OCAL RAY SMITH, II

      Plaintiff - Appellant

v.

APPALACHIAN POWER COMPANY

      Defendant - Appellee

and

AMERICAN ELECTRIC POWER SERVICE CORPORATION

      Defendant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk